UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CYNTHIA TURNAGE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:03-CV-341 |
| | ) | (PHILLIPS/GUYTON) |
| NORFOLK SOUTHERN CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

This matter came before the undersigned on the Motion For Admission Pro Hac Vice [Doc. 90] of attorney Michael Jay Leizerman. It appearing that Mr. Leizerman is a member in good standing with the Supreme Court of Ohio, and there is no objection filed by the defendants, the Motion For Admission Pro Hac Vice [**Doc. 90**] is **GRANTED.**

**IT IS SO ORDERED.**

ENTER:

 s/ H. Bruce Guyton 
United States Magistrate Judge