# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| CYNTHIA TURNAGE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 3:03-cv-341 |
| ) | Phillips/Guyton |
| NORFOLK SOUTHERN CORP. and ) | |
| NORFOLK SOUTHERN RAILWAY ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court upon renewed motion and brief of plaintiff, Brett Freeman, for class certification [Doc. 130]. The Court finds that plaintiff's motion does not alter the original finding by the Court denying class certification. The Court's position, set forth in more detail in the report and recommendation filed by United States Magistrate Judge H. Bruce Guyton [Doc. 111], is correct and should not be changed. Accordingly, plaintiff's renewed motion [Doc. 130] is **DENIED**.

    IT IS SO ORDERED.

                                        **ENTER:**

                                        s/Thomas W. Phillips
                                        UNITED STATES DISTRICT JUDGE