**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| BRET D. FREEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:03-CV-341 |
| ) | (Phillips) |
| NORFOLK SOUTHERN CORPORATION, ) | |
| and NORFOLK SOUTHERN COMPANY, ) | |
| ) | |
| Defendants. ) | |

## JUDGEMENT ORDER

This case came before the Court on bench trial of plaintiff Bret D. Freeman and defendants, Norfolk Southern Railway Corporation and Norfolk Southern Company. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the issues at trial,

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff shall be awarded incidental damages, lost wages, and inconvenience damages in the amount of $3,480.00, to be paid by defendants.

2. Costs of this action shall be taxed pursuant to E.D. TN. LR 54.1.

Dated at Knoxville, Tennessee, this _____ day of July , 2007.

                                            s/ Patricia L. McNutt
                                                Clerk of Court