4912

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Leonard Green
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 21, 2007

Mr. John W. Baker Jr.
Baker, O'Kane, Atkins & Thompson
2607 Kingston Pike
Suite 200, P.O. Box 1708
Knoxville, TN 37901-1708

Mr. Gordon Ball
Ball & Scott
550 W. Main Avenue
Suite 601 Bank of America Center
Knoxville, TN 37902-0000

Re: No. 07-6033, *Cynthia Turnage, et al v. Norfolk Southern Corporation, et al*
Originating Case No. 03-00341

Dear Counsel,

The Court issued the enclosed (Order/Opinion) today in this appeal.

Sincerely yours,

s/Patricia J. Elder
Senior Case Manager
Direct Dial No. 513-564-7034
Fax No. 513-564-7096
Patricia_Elder@ca6.uscourts.gov

cc: Ms. Patricia L. McNutt
    Honorable Thomas W. Phillips

Enclosure

Case No. 07-6033

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

CYNTHIA TURNAGE,

    Plaintiff

and

BRET FREEMAN,

    Plaintiff - Appellant

v.

NORFOLK SOUTHERN CORPORATION; NORFOLK SOUTHERN RAILWAY COMPANY,

    Defendants - Appellees

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By_____
    Deputy Clerk

Upon consideration of the appellant's motion to reinstate appeal,

And it appearing that the default which led to dismissal of the appeal has been cured,

It is ORDERED that the motion be and it hereby is **GRANTED**.

    **ENTERED PURSUANT TO RULE 45(a),**
    **RULES OF THE SIXTH CIRCUIT**
    Leonard Green, Clerk

Issued: September 21, 2007