UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 07-6033

_____

Filed: April 03, 2009

CYNTHIA TURNAGE,

    Plaintiff

and

BRET FREEMAN,

    Plaintiff - Appellant

v.

NORFOLK SOUTHERN CORPORATION; NORFOLK SOUTHERN RAILWAY COMPANY,

    Defendants - Appellees

## MANDATE

  Pursuant to the court's disposition that was filed 01/22/2009 the mandate for this case hereby issues today.

COSTS:  NONE

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 03, 2009

Ms. Patricia L. McNutt
Eastern District of Tennessee at Knoxville
800 Market Street
Suite 130 Howard H. Baker, Jr. U.S. Courthouse
Knoxville, TN 37902-0000

Re: Case No. 07-6033, *Cynthia Turnage, et al v. Norfolk Southern Corporation, et al*
Originating Case No. : 03-00341

Dear Ms. McNutt:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Patricia J. Elder
Senior Case Manager
Direct Dial No. 513-564-7034
Fax No. 513-564-7096

cc: Mr. John W. Baker Jr.
  Mr. Gordon Ball
  Ms. Emily L. Herman-Thompson
  Mr. Benjamin R. Slater III

Enclosure